# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00202-CV

**Austin Gurdwara Sahib, Inc. d/b/a Gurdwara Sahib Austin, Appellant**

**v.**

**John A. Bollier and Leslie J. Bollier, Appellee**

### FROM TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-08-000511, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion requesting that this appeal be dismissed.  *See*

Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Joint Motion

Filed:  June 7, 2012